IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGIE MARTINEZ,

        Plaintiff,                    No. CIV S-08-2841 DAD

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,       <u>ORDER</u>

        Defendant.
_____/

        On December 19, 2008, the Clerk of the Court issued this court's scheduling order together with an order re consent or request for reassignment. The orders were accompanied by a form titled "Consent to Assignment or Request for Reassignment," by which a party may consent to proceed before a United States Magistrate Judge for all purposes, or request reassignment of the case to a United States District Judge. Pursuant to Appendix A(j) of the Local Rules, and as directed in the order re consent or request for reassignment, each party was required to execute a copy of the form and return it to the Clerk of the Court within ninety days after the order was issued. The ninety-day period for filing the consent or request for reassignment form has now expired, and neither party has submitted an executed form.

        Plaintiff was also required to submit documents to the United States Marshal for service of process and to file a statement advising the court of the date on which the documents

1

were submitted to the United States Marshal. Although plaintiff filed a timely statement indicating that the required documents were sent to the U.S. Courthouse at 501 I Street, Sacramento, CA 95814, there is no indication that the documents were properly addressed to the United States Marshal. In the absence of any evidence of service of process on the defendant to date, plaintiff is directed to contact the United States Marshal for the Eastern District of California and verify that the documents were received and that service of process is underway.

Accordingly, IT IS ORDERED that:

1. Plaintiff shall file within ten days a supplemental statement verifying that the documents required for service of process were sent to and received by the United States Marshal, and indicating the date on which the documents were received; and

2. Plaintiff shall file within ten days an executed "Consent to Assignment or Request for Reassignment" form.

DATED: March 26, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
martinez2841.osc.form+cos