1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ARMAND D. ROTH
4  Special Assistant United States Attorney
   California Bar No. 214624
5
         333 Market Street, Suite 1500
6        San Francisco, California 94105
         Telephone: (415) 977-8924
7        Facsimile: (415) 744-0134
         E-Mail:Armand.Roth@ssa.gov
8
9  Attorneys for Defendant Commissioner of Social Security

10                      UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                           **SACRAMENTO DIVISION**

13  ANGIE MARTINEZ,                    )
                                       )
14        Plaintiff,                   )   CIVIL NO. 08-cv-02841-DAD
                                       )
15        v.                           )
                                       )   STIPULATION AND ORDER FOR
16  MICHAEL J. ASTRUE,                 )   SENTENCE FOUR REMAND
                                       )
17  Commissioner of Social Security,   )
                                       )
18        Defendant.                   )
                                       )
19  _____)

20        The parties have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C.

21  § 405(g). The purpose of the remand is for the ALJ to further consider Plaintiff's maximum residual

22  functional capacity and to consider the issue of disability for the period after the Plaintiff attained age 50.

23                                      Respectfully submitted,

24                                      /s/ Laura Krank*
                                        LAURA KRANK
25                                      Plaintiff's Attorney
                                        * by Armand Roth by email authorization of 10/1/09
26

27  /////

28  /////

                                              1

|   |   |
|---|---|
| | LAWRENCE G. BROWN |
| | United States Attorney |
| | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| Dated: October 1, 2009 | /s/ Armand D. Roth |
| | ARMAND D. ROTH) |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED: October 1, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/martinez2841.stipord.remand