|    |    |
|----|----|
| 1  | LAURA KRANK |
| 2  | ATTORNEY AT LAW:  220208 |
|    | ROHLFING & KALAGIAN, LLP |
| 3  | 211 EAST OCEAN BLVD., SUITE 420 |
|    | LONG BEACH, CA 90802 |
| 4  | 562/437-7006 |
|    | FAX:  562/432-2935 |
| 5  | Email:  lekrank@hotmail.com |
| 6  | ATTORNEYS FOR PLAINTIFF |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| ANGIE MARTINEZ,                          | ) Case No.: CV 08-2841 DAD |
|                                          | ) |
| Plaintiff,                               | ) STIPULATION FOR THE AWARD |
|                                          | ) AND PAYMENT OF ATTORNEY |
| vs.                                      | ) FEES PURSUANT TO THE EQUAL |
|                                          | ) ACCESS TO JUSTICE ACT, 28 U.S.C. |
| MICHAEL J. ASTRUE,                       | ) § 2412(d) AND ORDER |
| Commissioner of Social Security,         | ) |
|                                          | ) |
| Defendant.                               | ) |
|                                          | ) |

   IT IS HEREBY STIPULATED by and between Plaintiff ANGIE MARTINEZ ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, LAURA KRANK, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS ($3,800.00).  This amount represents compensation for all legal

1 services rendered by LAURA KRANK on behalf of Plaintiff in connection with
2 this civil action, in accordance with 28 U.S.C. § 2412(d).
3     This stipulation constitutes a compromise settlement of Plaintiff's request for
4 EAJA attorney fees, costs, and expenses, and does not constitute an admission of
5 liability on the part of Defendant under the EAJA.  Nor do Plaintiff, LAURA
6 KRANK, or Defendant resolve, settle, or compromise the question of whether
7 LAURA KRANK may be, is, or should be the direct payee of an award of fees,
8 costs, and expenses under the EAJA in the absence of an express or implied
9 assignment of such an award or whether any such award is free from or subject to
10 debts of Plaintiff, if any, under the Debt Recovery Act.
11     Payment of THREE THOUSAND EIGHT HUNDRED DOLLARS
12 ($3,800.00) in EAJA attorney fees, costs, and expenses to LAURA KRANK shall
13 constitute a complete release from and bar to any and all claims Plaintiff may have
14 relating to EAJA fees in connection.  Any payment shall be made payable to
15 Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25

1  This award is without prejudice to the rights of Plaintiff's counsel to seek
2  Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions
3  of the EAJA.

4  DATE: 11/30/09                Respectfully submitted,

5                                Rohlfing & Kalagian

6
7                                BY:  /s/ Laura Krank
                                  Laura Krank
                                  Attorney for plaintiff
8                                 Angie Martinez

9

10 DATE: 11/30/09                LAWRENCE G. BROWN
                                  United States Attorney
11                                LUCILLE GONZALES MEIS
                                  Chief, Civil Division
12

13                                BY:  /s/-Armand D. Roth*
                                  Armand D. Roth
14                                Special Assistant United States Attorney
                                  Attorneys for defendant Michael J. Astrue
15                                Commissioner of Social Security
                                  [*By email authorization on November 30, 2009]
16

17
   IT IS SO ORDERED
18
   DATED:  December 17, 2009.
19

20                                _____
                                  DALE A. DROZD
21                                UNITED STATES MAGISTRATE JUDGE

22

23 Ddad1/orders.socsec/martinez2841.stipord.attyfees

24

25